

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2021

No. 04-20-00333-CR

Zohair **AHMED**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2128A
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

On August 23, 2021, we issued an order striking the appellant's brief for failure to comply with the requirements of *Anders v. California*, 386 U.S. 738 (1967), and ordering a compliant *Anders* brief to be filed within fourteen days. Counsel for appellant filed a response stating that the appellant's brief is not intended to be an *Anders* brief because it would prejudice appellant's ability to pursue federal relief under 28 U.S.C. § 2254. After further consideration, we REINSTATE the appellant's brief filed on August 19, 2021. The State's brief, or any waiver, is due ***thirty (30) days*** from the date of this order.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court